No. 1420. YOUNG v. SCOTT ET AL. C. A. 4th Cir. Certiorari denied.

No. 1424. ALOE CREME LABORATORIES, INC. v. AMERICAN ALOE CORP. C. A. 7th Cir. Certiorari denied.

No. 1447. TERRELL MACHINE CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 1473. MONOGRAM MODELS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 1474. ADAMOWSKI ET AL. v. JAYNE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1400. COFONE ET AL. v. UNITED STATES. C. A. 1st Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1406. DACEY ET AL. v. NEW YORK COUNTY LAWYERS' ASSN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 1500. CRAVEN, WARDEN v. TUCKER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 31, Misc. McCLOUD v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 231, Misc. CANADY v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 556, Misc. REED v. FIELD, MEN's COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.